USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
DENISA GHIVECI, :
                  Plaintiff, :
:
    -against- :
:
: 21-CV-6590 (VEC)
KANSAS CITY SOUTHERN, LYDIA I. BEEBE, LU :
M. CORDOVA, ROBERT J. DRUTEN, ANTONIO O. :
GARZA, JR., DAVID GARZA-SANTOS, JANET H. :
KENNEDY, MITCHELL J. KREBS, HENRY J. :
MAIER, THOMAS A. MCDONNELL, PATRICK J. :
OTTENSMEYER :
                  Defendants. :
:
------------------------------------------------------------------X


------------------------------------------------------------------X
:
JEWELTEX MANUFACTURING INC. :
RETIREMENT PLAN, :
                  Plaintiff, :
:
    -against- :
:
: 21-CV-6633 (VEC)
KANSAS CITY SOUTHERN, LYDIA I. BEEBE, LU :
M. CORDOVA, ROBERT J. DRUTEN, ANTONIO O. :
GARZA, JR., DAVID GARZA-SANTOS, JANET H. :
KENNEDY, MITCHELL J. KREBS, HENRY J. :
MAIER, THOMAS A. MCDONNELL, PATRICK J. :
OTTENSMEYER, :
                  Defendants. :
:
------------------------------------------------------------------X

```
-----------------------------------------------------------------X
                                                                 :
ROSENFELD FAMILY FOUNDATION,                                     :
                                                                 :
                                Plaintiff,                       :
                                                                 :
                -against-                                        :
                                                                 :
                                                                 :      21-CV-6670 (VEC)
KANSAS CITY SOUTHERN, LYDIA I. BEEBE, LU                         :
M. CORDOVA, ROBERT J. DRUTEN, ANTONIO O.                         :
GARZA, JR., DAVID GARZA-SANTOS, JANET H.                         :
KENNEDY, MITCHELL J. KREBS, HENRY J.                             :
MAIER, THOMAS A. MCDONNELL, PATRICK J.                           :
OTTENSMEYER,                                                     :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

## **ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS the cases 21-CV-5551, 21-CV-5726, 21-CV-5800, 21-CV-6590, 21-CV-6633, and 21-CV-6670 were all assigned to the undersigned as related cases; and

WHEREAS on August 11 and 12, 2021, Plaintiffs in the cases 21-CV-5551, 21-CV-5726, and 21-CV-5800 filed notices of voluntary dismissal, which noted that the cases were now moot, *see* 21-CV-5551, Dkts. 13, 16, 17;

IT IS HEREBY ORDERED that by no later than **Friday, August 27, 2021**, Plaintiffs in 21-CV-6590, 21-CV-6633, and 21-CV-6670 must either file notices of voluntary dismissal or a joint letter updating the Court on the status of these matters.

**SO ORDERED.**

**Date: August 18, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**